IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: September 30, 2025.





**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| AMERICAN ELITE COLLISION | § | |
| CENTER CORP. | § | |
| | § | |
| DEBTOR | § | BANKRUPTCY CASE NO. 25-50784 |

### ORDER ON MOTION TO CONTINUE DEBTOR'S CHAPTER 11 PLAN CONFIRMATION HEARING
### (Docket No. 81)

On this day, came on to be considered the Debtor's Motion to Continue Chapter 11 Plan Confirmation Hearing set for October 1, 2025 (the "Motion"). After considering the Motion, the Court finds that it should be approved as provided herein. It is therefore,

**ORDERED** that the hearing on confirmation of the Debtor's Plan is continued. **The new Scheduling Order Deadlines are as follows: Confirmation Hearing on #82 SECOND AMENDED Plan is November 12, 2025 @9:30am. Last Day to file Objections and Ballots is November 5, 2025 with the Ballot Summary due on November 7, 2025.** Mr. Lane shall send out the Plan Packet NO LATER than October 10, 2025.

# # #

SUBMITTED BY:

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
A. Zachary Casas
State Bar. No. 24097469
zach.casas@lanelaw.com
Kyle K. Garza
State Bar No. 24107195
Kyle.garza@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
COUNSEL FOR DEBTOR

| | |
|---|---|
| In re: | Case No. 25-50784-mmp |
| American Elite Collision Center Corp. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdfintp | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | American Elite Collision Center Corp., 2123 Mannix Dr, San Antonio, TX 78217-5913 |
| cr | + | North Star Leasing a division of Peoples Bank, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219 UNITED STATES 15219-4430 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecf@writofseizure.com | Sep 30 2025 22:20:00 | Centra Funding LLC, c/o Wright Law Group PLLC, 1201 West Peachtree St. NW, Suite 2625, PMB 84356, Atlanta, GA 30309-3499 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Sep 30 2025 22:19:00 | Bexar County, Linebarger Goggan Blair & Sampson, c/o Karalyssa Casillas, 112 E Pecan St #2200, San Antonio, TX 78205 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | North Star Leasing, a Division of Peoples Bank, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2025          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Broocks Wilson | on behalf of Interested Party RDM Capital Funding LLC dba FinTap mack@wilson-pllc.com |
| Erin Coughlin | on behalf of U.S. Trustee United States Trustee - SA12 erin.coughlin@usdoj.gov carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov |
| Karalyssa C Casillas | on behalf of Creditor Bexar County karalyssa.casillas@lgbs.com |
| Keri Pluck Ebeck | on behalf of Creditor North Star Leasing a Division of Peoples Bank kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Keri Pluck Ebeck | on behalf of Creditor North Star Leasing a division of Peoples Bank kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Matthew J Lee | on behalf of Creditor Centra Funding LLC mjl@replevin.com ecf@writofseizure.com |
| Michael Flume | on behalf of Creditor Texas Partners Bank mflume@flumelaw.net mmonge@flumelaw.net;sflume@flumelaw.net |
| Michael J. O'Connor | on behalf of Trustee Michael James O'Connor oconnorlaw@gmail.com mjoconnr@hotmail.com |
| Michael James O'Connor | subvtrusteesat@gmail.com MJOCONNOR@ECF.axosfs.com |
| Michael James O'Connor | on behalf of Trustee Michael James O'Connor subvtrusteesat@gmail.com MJOCONNOR@ECF.axosfs.com |
| Robert Chamless Lane | on behalf of Debtor American Elite Collision Center Corp. notifications@lanelaw.com thelanelawfirm@jubileebk.net;notifications@lanelaw.com |
| Shanna M Kaminski | on behalf of Interested Party RDM Capital Funding LLC dba FinTap skaminski@kaminskilawpllc.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 13